ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants the State of Nevada
ex rel Board of Regents of the Nevada System
of Higher Education on behalf of the
University of Nevada, Las Vegas and
Lori Olafson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HOOT,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; LORI OLAFSON, an individual,<br><br>    Defendants. | CASE NO.:  2:15-CV-00175-RFB-PAL<br><br>**DEFENDANT'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br>**(First Request)** |

Defendant, the State of Nevada ex rel Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("**UNLV**" or "**University**"), by and through counsel, Debra L. Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel ("**University OGC**"), hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6 and L.R. 6-1 for an order enlarging and extending the time for Defendant UNLV to file a responsive pleading from April 6, 2015 to April 17, 2015.  The reasons in support of this motion are fully set forth in the following Memorandum of Points and

1  Authorities, the pleadings and papers on file herein, and any oral argument to be made at the
2  hearing on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant UNLV seeks approval of this Court to grant it an extension of time, up to and including April 18, 2015 to file a responsive pleading to Plaintiff's Complaint.  On January 30, 2015, Plaintiff filed his Complaint against the University and Dr. Lori Olafson ("**Olafson**") alleging Defendants deprived him of his First Amendment right of free speech, right of assembly, and right to petition the government for redress of his grievances.  [**Doc. 1**].  Plaintiff's Complaint was subsequently amended on March 12, 2015 to properly name the University.  [**Doc. 5**].  University OGC represents both Defendants, UNLV and Dr. Olafson.

On March 2, 2015, University OGC on behalf of Defendant Olafson, executed a signed Waiver of the Service of Summons giving her sixty (60) days from February 17, 2015 to file a responsive pleading.  Thereby, Defendant Olafson had up to and including April 18, 2015 to file a responsive pleading.  Pursuant to Nevada Revised Statute 41.031, Plaintiff, to effectuate proper service on UNLV, had to serve both the State of Nevada, Office of Attorney General ("**AG**") and the Chancellor for the Nevada System of Higher Education ("**Chancellor**").  Plaintiff served his original Complaint on the AG and Chancellor on February 23, 2015 and February 19, 2015, respectively.  After amending his complaint, Plaintiff re-served his Amended Complaint on the University on March 11, 2015 by U.S. Mail.  Thereby, UNLV had up to and including April 6, 2015 to file a responsive pleading.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

Rule 6(b)(1) permits a court to extend the time to complete an act, if a request is made before the original time expires. FED. R. CIV. P. 6(b)(1)(A). Here, University OGC represents both Defendants. The request to extend the time to file a responsive pleading would allow the Defendants to file a consolidated response to Plaintiff's Complaint. There would be no prejudice to Plaintiff because this matter is in the early stages of litigation. As such, Defendant UNLV respectfully requests this Court grant its Motion to extend time to allow it to file a responsive pleading up to and including April 18, 2015 in concert with Defendant Olafson.

DATED: APRIL 6, 2015.

/S/ DEBRA L. PIERUSCHKA
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

IT IS SO ORDERED this 15th day of April, 2015.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on this date, April 6, 2015, I served the following **DEFENDANT'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING (First Request)** via U.S. Mail - First Class Prepaid Postage and electronic service on the date and to the address(es) shown below:

Robert Hoot
P.O. Box 546
Pahrump, NV  89041
*Plaintiff, in pro se*

       /S/ Erika M. Noltie
Erika M. Noltie, an employee of the
University of Nevada, Las Vegas