1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HOOT,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; LORI OLAFSON, an individual,<br><br>Defendants. | CASE NO.: 2:15-CV-00175-RFB-PAL<br><br><br>**STIPULATION AND ORDER TO STAY FED. R. CIV. P. 26(f) CONFERENCE**<br>**[First Request]** |

Plaintiff, Robert Hoot, *pro se*, and Defendant, the State of Nevada ex rel Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("**UNLV**" or "**University**"), by and through counsel, Debra L. Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General Counsel, hereby agree and stipulate to the following:

1.    To continue the Rule 26(f) conference until after the Court issues its decision of the Defendants' Motion to Dismiss [Dkt. #10];

2.    That within 30 days from the date of the Court's decision of the Motion to Dismiss [Dkt. #10], the parties shall meet and confer; and within 45 days from the decision of the Motion

X:\Group\General Counsel\LITIGATION FILES\Hoot, Robert\Pleadings\Draft\2015-04-28 Stip & Order to Stay Conference and Discovery.docx

1

1  to Dismiss [Dkt. #10] the parties shall submit a proposed discovery plan and scheduling order
2  which complies with LR 26-1(e); and
3      3.      To stay discovery pending a decision on the Motion to Dismiss [Dkt. #10].
4  Date:   May 4, 2015                          Date:   May 4, 2015

6  By: ____ /S/ DEBRA L. PIERUSCHKA         By: ____ /S/ ROBERT HOOT
7      DEBRA L. PIERUSCHKA                      Robert Hoot
       Assistant General Counsel                P.O. Box 546
8      Nevada Bar No. 10185                     Pahrump, NV 89041
       UNIVERSITY OF NEVADA, LAS VEGAS          *Plaintiff, in pro se*
9      4505 S. Maryland Parkway, Box 451085
       Las Vegas, Nevada 89154-1085
10     Telephone: (702) 895-5185
       Facsimile: (702) 895-5299
11     *Attorneys for Defendants*

12  . . .
13  . . .
14  . . .
15  . . .
16  . . .
17  . . .
18  . . .
19  . . .
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

1

**ORDER**

2      Based on the foregoing Stipulation of the parties,

3      **IT IS ORDERED** that:

4      1.      The Rule 26(f) conference be continued until after the Court issues its decision on

5 the Defendants' Motion to Dismiss. [Dkt. #10];

6      2.      That the parties shall within 30 days from the date of the Court's decision of the

7 Motion to Dismiss [Dkt. #10], meet and confer; and within 45 days from the decision of the

8 Motion to Dismiss [Dkt. #10], the parties shall submit a proposed discovery plan and scheduling

9 order which complies with LR 26-1(e); and

10      3.      To stay discovery pending a decision on the Motion to Dismiss [Dkt. #10].

11      Date_____May 6_____, 2015.

12

13                                    _____
                                      UNITED STATES MAGISTRATE JUDGE

14

15 Submitted by:

16 By:   /S/ DEBRA L. PIERUSCHKA
17        DEBRA L. PIERUSCHKA
          Assistant General Counsel
18        Nevada Bar No.  10185
          UNIVERSITY OF NEVADA, LAS VEGAS
19        4505 S. Maryland Parkway, Box 451085
          Las Vegas, Nevada  89154-1085
20        Telephone:  (702) 895-5185
          Facsimile:  (702) 895-5299
21        *Attorneys for Defendants*

22

23

24

25

26

27

28