# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT HOOT, | Case No. 2:15-cv-00175-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| UNIVERSITY OF NEVADA, LAS VEGAS, *et al.*, | |
| Defendants. | |

On January 25, 2016, I dismissed plaintiff Robert Hoot's complaint and granted him leave to file an amended complaint within 21 days. Hoot did not file an amended complaint.

IT IS THEREFORE ORDERED that the clerk of court is directed to close this action.

DATED this 11th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE